EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2  2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00363 JMS |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 841(a)(1); 18 U.S.C. § 922(g)(1) and § 922(k)] |
| RALPH JOHN RODRIGUES, ) | |
| Defendant. ) | |

SEALED
BY ORDER OF THE COURT

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about April 28, 2005, in the District of Hawaii, the defendant, RALPH JOHN RODRIGUES, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers,

to wit, approximately 250.6 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges that:

On or about April 28, 2005, in the District of Hawaii, the defendant, RALPH JOHN RODRIGUES, then being a person who had been convicted of a felony, did knowingly possess in and affecting commerce, a firearm, to wit: a Star 9mm pistol, model Firestar plus, bearing serial number 2129614.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

The Grand Jury further charges that:

On or about April 28, 2005, in the District of Hawaii, the Defendant RALPH JOHN RODRIGUES knowingly possessed a firearm which had its manufacturer's serial number obliterated, with such firearm previously having been shipped and transported in interstate commerce; to wit, the Defendant knowingly possessed a Sturm Ruger and Company .22 caliber pistol, model Ruger 22/45 which had its manufacturer's serial number removed and obliterated, with such firearm having been manufactured in

Connecticut and shipped and transported in interstate commerce to reach Hawaii.

All in violation of Title 18, United States Code, Section 922(k).

DATED: August 24, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Drug/Organized
  Crime Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES V. JOHN RODRIGUES
Cr. No.
"Indictment"

3